*Robinson, J* /LMM/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, <br><br> Plaintiffs, <br><br> -against- <br><br> L'ATTITUDE, LLC, <br><br> Defendant. | Index No.: 08-CIV-8490 (SCR) <br><br> DEFAULT JUDGMENT |

---

This action having been commenced on October 3, 2008 by the filing of the summons and complaint, and a copy of the summons and complaint having been served on the Defendant L'Attitude, LLC on October 6, 2008 via Personal Service having been filed with the Clerk of the Court on October 23, 2008 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of Nine Thousand Forty Seven Dollars and Ninety Three Cents ($9,047.93), which includes the following: Benefit Fund Contributions due and owing in the sum of $3,689.76 for the period January 1, 2006 through to and including December 31, 2007; liquidated damages calculated at 10% of the principal amount owed to the ERISA Benefit Funds in the sum of $368.98; interest at the rate 7% per annum through to May 23, 2008 in the sum of $509.19; auditors' fees in the sum of $2,050.00 and attorneys' fees in the sum of $2,000.00; plus court costs and disbursements of this action in the sum of $430.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs

be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
         Nov 17, 2008

So Ordered:

_____
Honorable Stephen C. Robinson, U.S.D.J.